EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA DAREZZO,

                Plaintiff,           Case No. 15CV4939

    -against-            **Stipulation of Dismissal**

27-39 EAST 30 REST CORP d/b/a CROOKED KNIFE and
NOMAD LAND COMPANY LLC,

                Defendants.

---

Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate to the voluntary dismissal of the above-captioned action and all cross claims, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Consent Stipulation executed by the parties.  The parties hereby stipulate and agree that no party hereto is an infant or incompetent person for whom a committee has been appointed.

Dated:  May 11, 2016

The Law Office of Delmas A. Costin, Jr.        Rosengarten & Weiss

By:  /s/ _____        By:  /s/ _____
Delmas A. Costin, Jr., Esq.                   Donald J, Weiss, Esq.
177 E. 161st Street                             747 Third Avenue
Bronx, NY 10451                                New York, NY 10017
Attorneys for Defendants                    Attorneys for Plaintiff

So Ordered:

_____
USDCJ