EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 13 2016
```

ANGELA DAREZZO,

                Plaintiff,

-against-

27-39 EAST 30 REST CORP d/b/a CROOKED KNIFE and
NOMAD LAND COMPANY LLC,

                Defendants.

Case No. 15CV4939

**Stipulation of Dismissal**

Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate to the voluntary dismissal of the above-captioned action and all cross claims, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Consent Stipulation executed by the parties. The parties hereby stipulate and agree that no party hereto is an infant or incompetent person for whom a committee has been appointed.

Dated: May 11, 2016

| The Law Office of Delmas A. Costin, Jr. | Rosengarten & Weiss |
|---|---|
| By: __/s/_____<br>Delmas A. Costin, Jr., Esq.<br>177 E. 161st Street<br>Bronx, NY 10451<br>Attorneys for Defendants | By: __/s/_____<br>Donald J, Weiss, Esq.<br>747 Third Avenue<br>New York, NY 10017<br>Attorneys for Plaintiff |

So Ordered:

__/s/ KBF_____
USDCJ
5/13/16